IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERREZ D. SHIELDS, et al.,

    Defendants.                                 Case No. 06-cr-30166-3-DRH

## ORDER

**HERNDON, District Judge:**

      Before the Court is a Motion to Continue Sentencing Hearing (Doc. 384) for defendant Terrez Shields, currently set for April 4, 2008. Because Defendant's counsel has encountered a scheduling conflict that day, he requests the hearing be continued. For good cause shown, said Motion (Doc. 384) is **GRANTED**. The new sentencing hearing date for defendant Terrez Shields will be **Monday, April 14, 2008 at 10:00 a.m.**

      **IT IS SO ORDERED**

      Signed this 11th day of March, 2008.

                                        /s/   David R. Herndon

                                        **Chief Judge**
                                        **United States District Court**